UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PRUDENTIAL FINANCIAL, INC.,

        Plaintiff,

v.                                                                                  Civil Action No. 04-5465 (KSH)

CARCO GROUP, INC.,

        Defendant.                                              **ORDER**

**KATHARINE S. HAYDEN, U.S.D.J.**

    **THIS MATTER** having been brought to the Court's attention pursuant to cross motions for summary judgment; the Court having considered the written submissions by the parties, and for good cause shown and for the reasons more fully set forth in the opinion of this Court,

    **IT IS** on this      day of June, 2006, hereby

    **ORDERED** that Prudential's motion for summary judgment (document #21) is **granted** as to the claims of contractual indemnity (count 1) and breach of contract (count 3), and **denied** as to the claim of common law indemnity (count 2); and Carco's motion for summary judgment (document #18) is **denied**; **it is further**

    **ORDERED** that Carco's counterclaims are **dismissed**. This case is closed.

                                                            /**s**/ Katharine S. Hayden
                                                            **KATHARINE S. HAYDEN, U.S.D.J.**